EMMA C. HARRINGTON v. NORTHWESTERN NATIONAL LIFE INSURANCE COMPANY.[1]

November 23, 1906.

Nos. 14,926—(94).

Action in the municipal court of Minneapolis to recover $500 for services rendered. The case was tried before Waite, J., and a jury, which returned a verdict in favor of the plaintiff for $313.38. From an order denying a motion for a new trial, defendant appealed. Affirmed.

*Koon, Whelan & Bennett,* for appellant.

*Jay W. Crane,* for respondent.

[1] Reported in 109 N. W. 1133.

PER CURIAM.
We have carefully examined the record in this case, and find no reversible errors. Only questions of fact and the sufficiency of the evidence are involved. The order of the trial court is affirmed.